# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| DUANE KAISER, | Civil No. 17-1716 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FED EX CARGO CLAIMS DEPT, | |
| Defendant. | |

___

S. Steven Prince, **GRELL & FEIST L.L.C.,** 825 Nicollet Mall, Suite 1648, Minneapolis, MN 55402, for plaintiff.

Brian Wood, Lauren Allison D'Cruz, **LIND JENSEN SULLIVAN & PETERSON, PA,** 901 Marquette Avenue South, Suite 1300, Minneapolis, MN 55402, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. That Defendant's Motion to Dismiss [Docket No. 6] is **DENIED** as moot.

2. That Plaintiff's Motion to Remand to State Court [Docket No. 12] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 6, 2017　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court